UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCHWANDA ANN SMITH,

       Plaintiff,                   Case no. 09-14231
                                        Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Michael Hluchaniuk's February 15, 2011 Report and Recommendation, as well as Plaintiff's February 25, 2011 Objection, and upon review of the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: March 17, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 17, 2011, using the ECF system.

                                            s/William Barkholz
                                            Case Manager